# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1697
_____

IRINA COLLIER,

Petitioner,

v.

CHARLES COLLIER,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

September 19, 2024

PER CURIAM.

DISMISSED.

B.L. THOMAS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Irina Collier, pro se, Petitioner.

Adam Vorhis of Asheville Family Law Group, Asheville, NC, for Respondent.